FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 03 1999

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARK ALBERS, et al, ) <br> ) <br> Defendants. ) <br> ) | Date: 1-26-99 <br><br> CR 95-448-PCT-RGS |

IN THE ABOVE MATTER  Defendants, by virtue of a motion pursuant to Rule 33 of the Federal Rules of Criminal Procedure, seek to reopen the proof and/or for the court to reconsider its ruling or in the alternative grant them a new trial.  Further, the defendants have filed a Motion to Arrest Judgment pursuant to Rle 34 of the Federal Rules of Criminal Procedure.

Motions having been submitted, IT IS NOW ORDERED denying said motions.


RICHARD H. WEARE, CLERK

*G. Ochoa*
G. Ochoa, Deputy Clerk
(602) 514-7121


cc: AUSA Thomas LeClaire
    Fred Morelli

(138)