

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Date: February 11, 1999

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
    v. )
) No. CR-95-448-PCT-RGS
MARK C. ALBERS, et al, )
)
                Defendants. )
)

       The Judgment and Commitments dated January 26, 1999 as to defendants Mark C. Albers, Jim T. Freegard, Kirk Smith, David W. Moran, Erin Moran, David Pierce, Carmel Presse, J. Lyle Presse, Jeff Schlabs, Mark Sheehan, David M. Strobel and Steve Van Horn are amended as follows:

    THERE WAS A FINDING OF GUILTY AS TO: Count One and Two of the Information.

                                        _____
                                        ROGER G. STRAND
                                        United States District Judge