FILED / LODGED
RECEIVED / COPY
SEP 15 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED
RECEIVED / LODGED / COPY
OCT 8 1999
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK C. ALBERS, et al.<br><br>Defendants. | D.Ct. No. CR95-448-PHX-RGS<br>C.A. No. 99-10071<br><br>**ORDER GRANTING AMENDED MOTION FOR LEAVE TO FILE SUPPLEMENTAL TRANSCRIPT ORDER FORM** |

The United States of America having filed an Amended Motion for Leave to File Supplemental Transcript Order Form and good cause appearing,

IT IS ORDERED granting leave for the United States to file a supplemental transcript order form for the hearing on the Motion to Dismiss conducted on October 4, 1996, and the Bench Trial held on September 4, 1998,

IT IS FURTHER ORDERED that a supplemental record be certified to the Ninth Circuit Court of Appeals by the Clerk of the United States District Court to reflect the inclusion of the October 4, 1996 hearing and September 4, 1998 bench trial.

DATED this 5TH day of Oct., 1999.

ROGER G. STRAND
United States District Judge