United States District Court
for the District of Arizona
November 28, 2000

NOTICE OF REASSIGNMENT

Title:  USA v. Albers

Case No. 3:95-cr-00448 - JAT

**FILED** NOV 28 2000
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

DOCKET ENTRY

The Court has ORDERED that effective December 1, 2000, the above captioned matter is reassigned to Judge James A. Teilborg for all further proceedings. Any scheduled hearing, conference, or trial in this action remains as scheduled and will be placed on the calendar of Judge James A. Teilborg . All further pleadings and papers filed in this action should bear the complete case number and judge's initials, as shown above. (cc: all counsel) [156-1]

CASE ASSIGNED TO:
       Hon. James A Teilborg, Judge