DIANE J. HUMETEWA
United States Attorney
District of Arizona

CAMLLE D. BIBLES
Assistant U.S. Attorney
Arizona State Bar No. 011804
camille.bibles@usdoj.gov
123 N. San Francisco Street, Suite 410
Flagstaff, Arizona 86001
Telephone (928) 556-0833
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Rocky D. Hancock,<br><br>Defendant. | Case No.: CR95-448-003-PCT-JAT<br><br>UNITED STATES MOTION<br>TO DISMISS |

The United States, by and through Camille D. Bibles, moves this Court for it's order dismissing the case in the above referenced matter, without prejudice. The United States has been unable to locate the defendant and believes that it is in the interest of justice to dismiss the case at this time.

Therefore, in the interest of justice, the United States respectfully requests that the Court dismiss without prejudice and quash arrest warrant, in this matter.

Respectfully submitted this 11th day of March 2008.

                                          DIANE J. HUMETEWA
                                          United States Attorney
                                          District of Arizona


                                          /s/Camille D. Bibles
                                          CAMILLE D. BIBLES
                                          Assistant U.S. Attorney

**Certificate of Service**

I certify that on   March 11, 2009   I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, along with mailing a copy to the non-CM/ECF registrants as follows:

Fred Michael Morelli, Jr.
Morelli & Cook
403 W. Galena Blvd, Ste 200
Aurora, IL 60506
Counsel for Defendant