UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Rocky D. Hancock,<br><br>　　　　Defendant. | Case No.: CR95-448-003-PCT-JAT<br><br>ORDER OF DISMISSAL |

　　　Pursuant to the government's Motion to Dismiss,

　　　IT IS HEREBY ORDERED dismissing, without prejudice, the information in the above captioned matter.

　　　IT IS FURTHER ORDERED quashing arrest warrant issued on January 26, 1999, in the above matter.

　　　DATED this _____ day of March, 2009.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES A. TEILBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge