# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Rocky D. Hancock (03),<br><br>Defendant. | Case No.: CR95-00448-003-PCT-JAT<br><br>ORDER OF DISMISSAL |

Pursuant to the government's Motion to Dismiss, and good cause appearing, to wit: the United States having been unable to locate the defendant and believing it is in the interest of justice to dismiss the case against defendant Rocky D. Hancock at this time,

**IT IS HEREBY ORDERED** granting [158] Government's Motion to Dismiss. Accordingly,

**IT IS ORDERED** dismissing, without prejudice, the Information in the above captioned matter as to the above-named defendant, Rocky D. Hancock (03).

**IT IS FURTHER ORDERED** quashing arrest warrant issued on January 26, 1999, in the above captioned matter as to the above-named defendant only.

DATED this 12th day of March, 2009.

James A. Teilborg
United States District Judge

2 certified copies to U.S. Marshal by T. Bengtson on 3/12/09